# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY – (Lexington)

| | | |
|---|---|---|
| **ANDREW COOPERRIDER, et. al.** | : | Case No.: 5:22-cv-00124 |
| Plaintiffs | : | |
| v. | : | |
| **DON BLEVINS, JR.**, et. al. | : | |
| Defendants | : | |

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

Defendants, Don Blevins, Jr., Kathy Witt, and Rodrick Robinson, as well as their officers, agents, servants, employees, and attorneys, and those persons who are in active concert or participation with them, are ENJOINED from prohibiting the Plaintiffs from electioneering on sidewalks, or other public forums, which are located at least 100 feet from the entrance of any polling location. No security is required. Entered this 17 day of May, 2022, at __:__ p.m.

IT IS SO ORDERED:

_____
United States District Judge